IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO._____ |
| v. | : | DATE FILED: _____ |
| STEPHEN McCARTHY | : | VIOLATION: 18 U.S.C. § 115(a)(1)(B) (threats to a law enforcement officer – 1 count) |
| | : | |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about July 8, 2022, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**STEPHEN McCARTHY**

knowingly threatened to assault a Federal law enforcement officer, namely, U.S. Drug Enforcement Administration Diversion Inspector A.L., a person known to the grand jury, with the intent to impede, intimidate, and interfere with A.L. while A.L. was engaged in the performance of official duties, and with the intent to retaliate against A.L. on account of A.L.'s performance of official duties.

In violation of Title 18, United States Code, Section 115(a)(1)(B).

A TRUE BILL:

_____
G███  JURY ███REPERSON

/S/ Thomas Perricone
_____
JACQUELINE C. ROMERO
United States Attorney

No._____

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

Stephen McCarthy

INDICTMENT

18 U.S.C. § 115(a)(1)(B) (threats to a law enforcement officer – 1 count)

A true bill



August A.D. 20 22

_____
Clerk

Bail, $_____